# Chapter 13 Plan

Debtor(s): Bryant, Danielle    SS#: 4417    Net Monthly Earnings: _____    Case No.: 10-06697-BGC

_____    SS#: _____    Number of Dependents: _____

## I. Plan Payments:

☒ Debtor(s) proposes to pay a periodic payment of $584  ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or

☐ Payroll deduction order: To _____ for _____
$_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 20K.

## II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

**A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]**

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |

**B.** Total Attorney Fee 2650 $ 15 paid pre-petition; $ 635 to be paid at confirmation and $ 219 per month. for 3 months then 63

**C.** The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

**1. Long Term Debts:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Walter Mortg. | 73,830 | 600 ☐ by Trustee ☒ by Debtor | 12/10 | 14 | 10K | 6.00 | 235 upon Confirm |
| | | ☐ by Trustee ☐ by Debtor | | | | | |

**2. Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Herritage Finance | 100 | 10,000 | 11,975 | 0 | 03 F-Expedition | 6.25 | 256 | 5/11 |
| | | | | | | | | |

## III. Other debts (not shown in 1 or 2 above) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |

## IV. Special Provisions (check all applicable boxes):

☒ This is an original plan.
☐ This is an amended plan replacing plan dated _____
☒ This plan proposes to pay unsecured creditors 0 % zero percent
☒ Other provisions:

Debtor will continue to pay pre&post utility service debt in a lieu of posting a deposit of adequate assurance of future payments under section 366. Debtor acknowledges that the automatic stay does not bar a utility's effort to collect pre&post petition utility service debt.

Danielle R Bryant  11/29/10
Signature of Debtor

Stephen H. Jones
Attorney at Law
1600 Third Avenue North
Bessemer, AL 35020

_____
Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                    CASE NO.:

Danielle R. Bryant        10-06697-BGC

**CERTIFICATE OF SERVICE**

I hereby certify that I have placed a true and correct copy of the **Chapter 13 Plan Summary** to the D. Sims Crawford Chapter 13 Standing Trustee, all creditors and parties of interest via United States First Class Mail, postage prepaid, properly address on this the 29 day of November 2010

STEPHEN H. JONES
ATTORNEY FOR DEBTOR
1600 3rd Avenue North
Bessemer, AL 35020
(205) 428-2110